B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

In re  Rosemary Cooper Daniels         ,          Case No.  14-20188

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Trifera, LLC | Kondaur Capital Corp |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Trifera, LLC, c/o Weinstein & Riley, P.S.
2001 Western Ave., Suite 400 Seattle, WA 98121

Phone:  877-332-3543
Last Four Digits of Acct #:  2920

Court Claim # (if known):  7
Amount of Claim:  $15,549.01
Date Claim Filed:  01/19/2015

Phone:  877-566-3287
Last Four Digits of Acct. #:  2920

Name and Address where transferee payments should be sent (if different from above):
Trifera, LLC c/o ClearSpring Loan Services
Attn: Payment Processing, 18451 Dallas Parkway, Suite 100N, Dallas, TX 75287
Phone:  877-332-3543
Last Four Digits of Acct #:  1183

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles Kennon                              Date: 04/26/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

WHEN RECORDED MAIL TO:
Kondaur Capital Corporation -
333 South Anita Drive, Suite 400
Orange, CA 92868

Prepared by Duy Ho
Kondaur Capital Corporation
333 South Anita Drive, Suite 400
Orange, CA 92868

_____ [Space Above This Line For Recording Data]_____

# ASSIGNMENT OF TEXAS HOME EQUITY SECURITY INSTRUMENT

FOR VALUE RECEIVED, Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures Trust Series 2014-4, whose address is 333 South Anita Drive, Ste 400, Orange, CA 92868, hereby assigns, and transfers to Trifera, LLC, whose address is 2001 Western Ave., Suite 430, Seattle, WA 98121, all its right, title and interest in and to that certain Texas Home Equity Security Instrument executed by Rosemary Daniels, with an original principal amount of $20,251.34 to Associates Financial Services Company of Texas, Inc., and bearing the date of February 29, 2000 and recorded as Instrument Number 53952 in Book 2061, Page 302 on March 03, 2000 of Official Records in the County Recorder's office of Harrison County, State of Texas, describing land therein as: See legal description attached hereto and made a part hereof as exhibit "A".

Commonly known as: 1302 ORIS STREET, MARSHALL, TX 75670
Tax ID: R000053595

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 8th day of January, 2016.

Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures Trust Series 2014-4

By: _____
Name: Hanh Nguyen
Title: Collateral Manager

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA            )
COUNTY OF ORANGE            )SS.

On January 8, 2016 before me, R. Smith-Browne, Notary Public, personally appeared Hanh Nguyen who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me and that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify that under penalty of perjury under laws of the State of California that the foregoing paragraph is true and correct.

_____
Notary Public
My Commission Expires:

R. SMITH-BROWNE
Commission # 2094512
Notary Public - California
Orange County
My Comm. Expires Dec 22, 2018

# EXHIBIT "A"

## LEGAL DESCRIPTION

ALL THAT CERTAIN LOT, TRACT OR PARCEL OF LAND, DESCRIBED AS BEING THE WEST 30 FEET OF LOT 4, BLOCK 4, AND THE EAST 30 FEET OF LOT 3, BLOCK 4, OF THE BISHOP DRIVE SUPPLEMENT ADDITION TO THE CITY OF MARSHALL, OUT OF THE ORIGINAL BISHOP DRIVE ADDITION, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SOUTH SIDE OF ORIS STREET, 20 FEET WEST OF THE NORTHEAST CORNER OF LOT 4, BLOCK 4; THENCE SOUTHERLY PARALLEL WITH THE WEST BOUNDARY LINE OF MITCHELL STREET 120 FEET TO A POINT IN THE SOUTH LINE OF LOT 4, THENCE WESTERLY 60 FEET AT 30 FEET PASS THE SOUTHWEST CORNER OF LOT 4, TO POINT 30 FEET WEST OF THE SOUTHEAST CORNER OF LOT 3 TO A POINT; THENCE NORTHERLY PARALLEL TO MITCHELL STREET 120 FEET TO THE SOUTH LINE OF ORIS STREET; THENCE EASTERLY WITH THE SOUTH LINE OF ORIS STREET TO THE PLACE OF BEGINNING

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 26, 2016, a true and correct copy of the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties listed below:

**DEBTOR(S) VIA FIRST CLASS MAIL:**
Rosemary Cooper Daniels
PO Box 2138
Marshall, TX 75671

**DEBTOR'S ATTORNEY VIA ECF FILING:**
Glen E. Patrick
gpoffice@suddenlinkmail.com

**TRUSTEE VIA ECF FILING:**
John Talton
docs@ch13tyler.com

**U.S. TRUSTEE VIA FIRST CLASS MAIL:**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

/s/ Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Ave, Suite 400
Seattle, WA 98121
Phone: (206) 269-3490
Fax: (206) 269-3493
Representative for Trifera, LLC